STANLEY CAVE et al., Appellants, et al., Plaintiff, v. IRVING A. GREEN et al., Respondents.

Argued January 4, 1955; decided January 13, 1955.

*Cora T. Walker* and *Jawn A. Sandifer* for appellants.

*Murray A. Gordon* and *Irving Sverdlik* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and BURKE, JJ. Taking no part: VAN VOORHIS, J.